IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBETTE M. BLAKE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MJ OPTICAL, INC., a Nebraska corporation;<br><br>　　　　　Defendant. | 8:14CV317<br><br>**ORDER** |

　　　A pretrial conference is scheduled in this case for December 29, 2015 and the jury trial is scheduled for January 11, 2016.  Defendant's motion for summary judgment is pending.

　　　After conferring with counsel for the parties,

　　　IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court.  If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to discuss further scheduling.

　　　October 13, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge